# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VINCE LORNELL HALL, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1165

[January 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River; Dan L. Vaughn, Judge; L.T. Case No. 312007CF000688A.

Vince Lornell Hall, Jr., Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***